LEXINGTON INSURANCE COMPANY, Defendant Below-Appellant,

v.

ALMAH LLC and SL Green Realty Corporation, Plaintiffs Below-Appellees.

No. 319, 2016

Supreme Court of Delaware.

Submitted: June 21, 2016

Decided: June 28, 2016

Court Below: Superior Court of the State of Delaware

REFUSED.

Augustus Hebrew EVANS, Plaintiff Below-Appellant,

v.

Tommy LEE, Defendant Below-Appellee.

No. 223, 2016

Supreme Court of Delaware.

Submitted: July 5, 2016

Decided: July 11, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. SS07C-03-009.

DISMISSED.

John W. AUSTIN, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 185, 2016

Supreme Court of Delaware.

Submitted: June 1, 2016

Decided: August 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1102020008

AFFIRMED.

Alexander JONES,[1] Petitioner Below, Appellant/Cross–Appellee,

v.

Adriana JONES, Respondent Below, Appellee/Cross–Appellant.

No. 541, 2015

Supreme Court of Delaware.

Submitted: May 6, 2016

Decided: August 2, 2016

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).